

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2014

No. 04-14-00532-CR

Paul **AGUILAR**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5627
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due September 22, 2014, but was not filed. This court notified appellant's counsel of the deficiency on September 29, 2014. *See* TEX. R. APP. P. 38.8(b)(2). On October 9, 2014, appellant responded by filing a motion for extension of time, requesting additional time to file the appellant's brief. We granted appellant's motion and ordered appellant to file his brief in this court on or before November 10, 2014. Neither the brief nor motion to extend time to file the brief has been filed.

Accordingly, we **ORDER Patrick Barry Montgomery** to file the appellant's brief in this court on or before **December 22, 2014**. Counsel is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances — and counsel is advised that a heavy workload is not an extraordinary circumstance. If the brief is not filed on or before the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery. A copy of the order should also be served on the other parties and the trial court.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court